

# COURT OF APPEALS

Status of Appeal

**FOURTH COURT OF APPEALS DISTRICT**
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

SANDEE BRYAN MARION
CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
JUSTICES

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

September 21, 2015

*To:*

Patrick Barry Montgomery
Attorney At Law
111 Soledad Street, Suite 300
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Ricardo Vela Jr.
Paul Elizondo Tower
101 W. Nueva, 3rd Floor
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

*From:*

Robert Martinez . Pro Se
TDCJ ID#1931397
Lopez State Jail
1203 El Cibolo
Edinburg, TX 78542

RE:  Court of Appeals Number:  04-14-00555-CR
     Trial Court Case Number:  307125
     Style:  Robert Martinez
             v.
             The State of Texas

The Appellant's pro se letter dated September 16, 2015 in the above styled and numbered cause has this date been filed.

Very truly yours,
KEITH E. HOTTLE, CLERK

Carmen De Leon
Deputy Clerk, Ext. 53262

6 Oct 2015

I Am A Pro Se Litigant And have And continue to have "No" contact w/ Mr. Montgomery, esq.). what is the status of my appeal. Lawyer does not answer my letters.

Robert Martinez
TDCJ ID No. 1931397
Lopez State Jail
1203 EL Cibolo Rd
Edinburg, Tx. 78542

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2015 OCT 13 PM 2:57
KEITH E. HOTTLE CLERK

Legal mail
6 oct 2015

Court of Appeals
Fourth Court of Appeals District
300 Dolorosa, Suite 3200
San Antonio, Tx 78205-3037